**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON DIVISION**

**MARTHA BLENKO,**
**LAURA MULLARKY, and**
**JANE DOE, individually**
**and on behalf of all others similarly situated,**

**Plaintiffs,**

**v.** **CIVIL ACTION NO. 3:21-cv-00315**
**Honorable Judge Robert C. Chambers**

**CABELL HUNTINGTON HOSPITAL, INC.,**

**Defendant.**

**JOINT MOTION TO CERTIFY CLASS FOR SETTLEMENT PURPOSES AND TO APPROVE CLASS SETTLEMENT AND NOTICE**

NOW COME Plaintiffs, Martha "Marty" Blenko, Laura Mullarky, and Jane Doe, and Defendant Cabell Huntington Hospital, Inc., by and through counsel, and pursuant to Rules 23 and 54(d)(2) and MOVE this Honorable Court to certify this proceeding as a class action against Defendant Cabell Huntington Hospital, Inc. for settlement purposes and to approve the settlement as set forth in the Mediation Agreement. (Ex. 1, 2.) The substantial grounds upon which this motion is based are set forth in the supporting memorandum of law.

1. Plaintiffs moves this Court to certify a class defined as follows:

> 211 non-union retirees from Cabell Huntington Hospital, Inc. who received notification in 2021 of a curtailment or termination in their retiree healthcare benefits.

2. Defendant served as the plan administrator for the Plaintiffs' retirement welfare benefits plan.

3. The Parties agreed to settle this matter pursuant to Rule 23(b)(3) of the *Federal Rules of Civil Procedure* regarding Plaintiffs' allegations that Defendant's agents made material misrepresentations in substantially the same form to all Affected Individuals, indicating that the Hospital would provide cost-free retiree health insurance for Pre-65 retirees, and Medicare supplemental benefits thereafter throughout the lives of retirees. Defendant denies the allegations but nonetheless agrees to this class action settlement.

**WHEREFORE**, Plaintiffs and Defendant move this Honorable Court pursuant to Rule 23 to:

(A) Conditionally certify a class of 211 non-union retirees from Cabell Huntington Hospital, Inc. who received notification in 2021 of a curtailment or termination in their retiree healthcare benefits.

(B) Order notice to proposed Class Members.

(C) Schedule a fairness hearing to review the terms of the settlement.

(D) Authorize Plaintiffs' counsel to issue notice to the class regarding the proposed settlement and fairness hearing.

**Respectfully Submitted,**
**MARTHA BLENKO and**
**LAURA MULLARKY, individually and on behalf of all others similarly situated,**
**By counsel:**

*/s/ Samuel B. Petsonk*

Samuel B. Petsonk (State Bar ID No. 12418)
Petsonk PLLC
PO Box 1045
Beckley, WV 25802
(304) 900-3171 (phone)

(304) 986-4633 (fax)
sam@petsonk.com

Bren J. Pomponio (WVSB #7774)
Laura Davidson (WVSB #13832)
Mountain State Justice, Inc.
1217 Quarrier Street, Suite
Charleston, West Virginia 25301
(304) 344-3144
(304) 344-3145 (fax)
bren@msjlaw.org
laura@msjla.org

**Reviewed by:**

**Cabell Huntington Hospital, Inc.**
**By counsel,**

*/s/ David S. Amsbary*____________________

David D. Amsbary (W. Va. Bar No. 9968)
Melissa Eakle Leasure (W. Va. Bar No. 10327)
Bailes, Craig, Yon & Sellards, PLLC
401 10th Street, #500
Huntington, West Virginia 25701
Telephone: (304) 697-4700
Facsimile: (304) 697-4714
Email: tlc@bcysfirm.com
Email: dda@bcysfirm.com
Email: mel@bcysfirm.com

and

*/s/ Robert M. Duncan*________________________________

Robert M. Duncan, Jr. (Ky. Bar No. 89821) (pro hac vice)
Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, Kentucky 40507
Telephone: (859) 425-1000
Facsimile: (859) 425-1099
Email: robert.duncan@dinsmore.com

and

*/s/ David R. Stone*__________________

David R. Stone (W. Va. Bar No. 12824)
Dinsmore & Shohl LLP
215 Don Knotts Blvd., Suite 310
Morgantown, West Virginia 26501
Telephone: (304) 296-1100
Facsimile: (304) 296-6116
Email: david.stone@dinsmore.com