IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**MARTHA BLENKO,**
**LAURA MULLARKY, and**
**JANE DOE, individually**
**and on behalf of all others similarly situated,**

    Plaintiffs,

v.                                                    **CIVIL ACTION NO. 3:21-cv-00315**
                                                         **Honorable Judge Robert C. Chambers**

**CABELL HUNTINGTON HOSPITAL, INC.,**

    Defendant.

## MOTION TO ESTABLISH QUALIFIED SETTLEMENT FUND AND APPOINT FUND ADMINISTRATOR AND TRUSTEE

COME NOW, Plaintiffs, by Counsel, and MOVE this Honorable Court for an Order to: (i) establish a Qualified Settlement Fund, which shall be called the "Qualified Settlement Fund for CHH Non-Bargaining Unit Retirees" (hereinafter the "Fund"); and (ii) to appoint an Administrator for the Fund.

The final settlement will come before this Court for a hearing on October 31, 2022. Following that hearing, should the final settlement be approved, Plaintiffs urge this Court to establish the Qualified Settlement Fund and Appoint the Administrator and Trustee as set forth more fully in the Memorandum that accompanies this Motion.

                                                                       **Plaintiffs,**
                                                                       **MARTHA BLENKO,**
                                                                       **LAURA MULLARKY, and JANE DOE,**
                                                                       **individually and on behalf of all others**
                                                                       **similarly situated,**
                                                                       **By counsel:**

   */s/ Samuel B. Petsonk*
Samuel B. Petsonk (State Bar ID No. 12418)
Petsonk PLLC
PO Box 1045
Beckley, WV 25802
(304) 900-3171 (phone)
(304) 986-4633 (fax)
sam@petsonk.com

Bren J. Pomponio (WVSB #7774)
Laura Davidson (WVSB #13832)
Mountain State Justice, Inc.
1217 Quarrier Street, Suite
Charleston, West Virginia 25301
(304) 344-3144
(304) 344-3145 (fax)
bren@msjlaw.org
laura@msjla.org